IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| PATRICIA JACOX and ANDREW JACOX, Husband and Wife,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>WAL-MART STORES, INC.,<br><br>　　　　Defendant. | CASE NO. 4:12-CV-03096<br><br>**ORDER** |

NOW on this 30th day of October, 2013, this matter comes on before the Court for Plaintiffs' Unopposed Motion to Amend Scheduling Order. IT IS THEREFORE ORDERED, ADJUDGED AND DECREED that the Amended Progression Order (Filing No. 26) is further amended as follows:

1. Plaintiff's Expert Identification Deadline: November 30, 2013
2. Defendant's Expert Identification Deadline: January 2, 2014
3. Complete Expert Disclosures Deadline (Retained and Non-retained): February 12, 2014
4. Deposition Deadline: February 20, 2014
5. Motions to Exclude Expert Testimony Deadline: March 6, 2014

All other deadlines from the Court's July 15, 2012 Amended Progression Order (Filing No. 26) shall remain unchanged.

　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　*s/ Cheryl R. Zwart*
　　　　　　　　　　　　　　　　United States Magistrate Judge